UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons,

    Plaintiff,

v.                                Case No: 2:17-cv-615-FtM-99MRM

LIBERTY CAPITAL GROUP, INC., a California corporation and JOHN DOES 1-5,

    Defendants.

## ORDER

    This matter comes before the Court on plaintiff's Notice of Settlement (Doc. #12), filed on January 2, 2018. Plaintiff indicates that the parties have reached a settlement in the case, and anticipate filing a stipulation for dismissal upon finalization. As a result, the Court will terminate the pending Motion for Entry of Clerk's Default Against Defendant Liberty Capital Group, Inc. (Doc. #11) as moot, and take no further action on the Order to Show Cause (Doc. #10). The Court anticipates that the John Does 1-5 will also be dismissed.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within

**SIXTY (60) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **SIXTY (60) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered.  The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

    **DONE and ORDERED** at Fort Myers, Florida, this ___2nd___ day of January, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record